page 1 of 3

Wednesday, June 7th, 2023
(ILLEGAL)(LAWSUIT)(URGENT)

To: Federal Legislature    DeShawn Raymond Conwell

"Hi, my name is DeShawn Conwell. I am currently incarcerated at the Scott County Jail 400 W. 4th Street, Davenport, Iowa 52801. I been incarcerated here since Friday, March 31st, 2023 after 4pm. Before I was transported here I was incarcerated (Illegally incarcerated) at the Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 from Wednesday, December 7th, 2022 till Friday, March 31st, 2023 between 3:30pm-4pm. While I was (Illegally Incarcerated) incarcerated (set-up) (by my baby momma Keanna L. Latcham, (Dom) Dominique Major - the Administrator of Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 Bale Jacob Koranda's Nephew, & Ashley M. Smith (the Illegal Nurse of Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 who is never inside of her office at all & is always stalking me (Illegally on the camera monitors upstairs inside of the control room upstairs & through the control room door (C5) & on their Illegal Polygraph Examiner Machine that they ordered off the internet & hooked up to me (Illegally) while I was knocked out sleeping from the drugs they put into my food. (Illegally without my consent at all period) & they came into my cell F1F (Bottom Bunk)(Only unit with 1 cell in it all the way in the back of the dayroom F1E right across the hall from the windows with the camera monitors"

6/7/23    DeShawn Conwell (6-7-2023)

[Notary stamp: GREGG GAUDET Commission Number 770684 My Commission Expires 11-30-23 Gregg Smith]

✗Deshawn Connelly
(6-7-2023)

"I wrote this 5 page letter & Statement on Wednesday, June 7th, 2023!" inside of them through the control room door (C5) inside of the control room downstairs) on 1 cell unit Female Max F1E cell F1F (Bottom Bunk) (Illegally Unannounced) & touched on my body parts, pulled my boxers & pants down, (PREA, RAPE) (to see if I had a disease called Herpies) & hooked me up to an Illegal Polygraph Examiner Machine while I was sleeping, & stuck me in my left arm with a needle (Illegally without my consent at all period on Saturday night (1-14-2023) during lockdown (bedtime) (10PM-5:30AM), Sunday night (1-15-2023) during lockdown (bedtime) (10PM-12AM), & Monday morning (1-16-2023) during lockdown (bedtime) (12AM-5:30AM) at Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772. Ashley M. Smith (the Illegal nurse) is one of the main persons, (&m) Dominique Major (the Administrator's Nephew), the Administrator Bode Jacob Koranda, & Correctional Officers Ken (Employee # J-8 at the time), Dekota (Employee # J-4 at the time), & Matt Rowold were all involved setting me up (Illegally) putting drugs inside of my meals, & forcing me to take medicine without any prescriptions at all (Illegally) (I DO NOT TAKE MEDS OR HAVE A DOCTOR AT ALL PERIOD EVER IN MY ENTIRE LIFE), Opening up my Legal Mail hiding it from me & Stealing it, Keeping me on a 1 cell Female Max Unit (Illegally) for no reason at all (no Federal Case or Federal Charges at all Check my Record), & Discriminating."

Case No: PECR02482    Wednesday, June 14th, 2023
(ILLEGAL)(LAWSUIT)(URGENT)

To: "Federal Legislature    DeShawn Raymond Conwell

Against me because I'm Black & their family members (Jenny & Craig) has custody of me & my baby mother's Keanna L. Latcham's (17 month old) daughter Lanaya Latcham Conwell (Illegally)(Same Caseworker - We all have her as our caseworker (DHS) (Illegally) Katelynn Ramirez who works for Bethany for Children & Families 1701 River Drive, Suite 200 Moline, Illinois 61265 Child Welfare Specialist III (309) 736-6611 (office #) (563) 949-1480 (cell #) (309) 797-7700 (Supervisor Lynn Lohman - Katelynn Ramirez would not give me her phone # & I also don't have an attorney for this DHS case no: 21 JA 135) Bade Jacob Koranda (Katelynn Ramirez family member also) the Administrator of Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton Iowa 52772 has custody of my baby momma Keanna L. Latcham's 3 oldest kids (Illegally through Katelynn Ramirez) Kayleanna Latcham, Julianna Latcham & King Latcham. (Illegal Conflict of Interest & Also A Major Lawsuit) Katelynn Ramirez has been forcing me to lose my Parental Rights Permanently (Terminate Them)(Illegally) for my 17 month old daughter Lanaya Latcham Conwell for no reason at all like she forced my baby momma Keanna L. Latcham to lose her Parental Rights Permanently (Terminated Them)(Illegally) for"

X Deshunny Connelln
(6-7-2023)

"I wrote this 5 page letter & Statement on Wednesday, June 7th, 2023! Kayleanna Latcham, Julianna Latcham, & King Latcham for no reason at all recently! (Illegal & Also a Major Lawsuit) Me & Keanna Latcham had no Prior Domestic Abuse, Domestic Assault, or Domestic Violence at all Prior to June 2nd, 2023 & Katelynn Ramirez & Krissy both from Bethany for Children & Families (at the time the address was) 1830 6th Avenue, Moline, IL 61265 from 2019-2023 Kept forcing Keanna L. Latcham to get a Order Of Protection on/against me for no reason at all! Keanna L. Latcham's Grandma "Bethany" who lives in Davenport, Iowa & not in Moline, IL like we did at the time, Kept calling & making False DHS Reports on me & Keanna L. Latcham for no reason & because she is racist & don't want her to date black men but Keanna L. Latcham is a grown Black Woman who has a choice of her own & also has my child now! The Judge in Rock Island, IL at the Rock Island County Courthouse "Denied" every single one of the Order of Protections for no reason! (that were forced against me for no reason & to ruin me & Keanna L. Latcham's family for no reason) (Krissy & Katelynn Ramirez both set Keanna L. Latcham up Illegally to lose all her Kids & her Parental Rights Permanently (terminated Illegally) so their families & ~~other~~ family members could keep custody of our Kids (Illegally) while we suffer & can't do anything about it while they force me to go to prison for 5 years & force me to seem/look like a unfit parent (Illegally) (Also A major Lawsuit)"

page 3 of 3
To:

Case No: FECR02812
(ILLEGAL) (LAWSUIT) (URGENT) Wednesday, June 14, 2023

"Federal Legislature    DeShawn Raymond Conwell was While Incarcerated at the Cedar County Jail / Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 after 90 days (3 months) (currently - I still at the time) on Thursday, March 2nd, 2023 between 2:30PM - 7:30PM at Top 100 (Unity Point) Hospital in East Anamosa, Iowa the nurse Lindsey & other nurses (Specialist) found drugs in my system & correctional officers Eli (Employee # J-15 at the time), & Jen both took me to that Hospital & Jen & the (Illegal Nurse) Ashley M. Smith hid & stole all of my test results (urine test results included) from me! (Illegal) (Also a Major Lawsuit) I went back to Top 100 (Unity Point) Hospital in East Anamosa, Iowa to do a CT Scan for no reason at all period between (1:30PM - 3PM) on Wednesday, March 8th, 2023! I also was Falsely Committed "Seriously Mentally Impaired" at ST. Luke's (Unity Point) Hospital 1026 A. Avenue NE Cedar Rapids, Iowa 52402 on Wednesday, March 8th, 2023 between (4PM - 9PM) where the nurse Mikayla & the Specialist Riley both found drugs (Cocaine/Crack-Cocaine) Inside of my system in the Emergency Department where correctional officers Matt Rowold, & Dekota (Employee # J-4 at the time) both dropped me off & wouldn't leave the whole time out of the ER Room while I was urinating inside of the container for the nurse Mikayla who they kicked out of the ER Room & made her wait in the hallway while they stared at my Penis & stalked me (Illegally for no reason at all period)"

*[Signature]* Deshawn Cornelius
(6-7-2023)

"I wrote this 5 page letter & Statement on Wednesday, June 7th, 2023!"
while I urinated into the container for the nurse Mikayla & Specialist Riley. (It's all on camera too) (3-8-2023 between 4pm-9pm Emergency Department (ER) St. Luke's (Unity Point) Hospital 1026 A. Avenue NE Cedar Rapids, Iowa 52402 The (Illegal Nurse) Nurse Ashley M. Smith was on the phone with the Nurse & Specialist Mikayla & Riley the whole time telling them to hide the results (my urine test results) from everybody including me. & Ashley M. Smith lied to them while on the phone with them she told them that they found drugs inside of my coat pocket & inside of my mouth at McDonald's on East Kimberly Road in Davenport, Iowa on Wednesday, March 8th, 2023 prior to me being transported there between (4pm-9pm) Wednesday, March 8th, 2023 by correctional officers Matt Rowold & Dekota (Employee # 5-4 at the time) (Illegal & Also A Lawsuit) I was Falsely Committed there on Wednesday, March 8th, 2023 by the Administrator Bode Jacob Koranda, & (the Illegal Nurse) Ashley M. Smith who is from Muscatine County Jail, Muscatine, Iowa where she worked at in January - March of 2020 when I served 45 days for my 1st Eluding Case Ever In My Entire Life & Met Her At & I was also not "a Fed" like she asked me inside of her office at Cedar County Jail, Tipton, Iowa 52772 after 6pm when I turned in my Inmate Request Form Wednesday, December 28th, 2022! I would also like to Subpoena Ashley M. Smith & the Administrator Bode Jacob Koranda to court & get a attorney to check their video footage & file a Lawsuit against them ASAP!"

(ILLEGAL)(LAWSUIT)(URGENT)

To: "Federal Legislature DeShawn Raymond Conwell (Dom) Dominique Major - Is the light-skinned twin from East Moline, IL 61244 that grew up in the Oak-Grove Apartments (where they used to live) on 5th Avenue by Herferd Park/Herfard Park (where him & his light-skinned twin brother used to live at) about 15-20 years ago. I also used to live there at the same Oak-Grove Apartments on 5th Avenue by Herferd Park/Herfard Park in East Moline, IL 61244 & Herferd Park was our backyard when I lived with my parent gaurdians (Auntie) Chiquita Conwell & (Uncle) Charles Wolfe 15-20 years ago. Dominique Major & his twin brother both went to United Township High School on the Avenue of The Cities in East Moline, IL 61244. I just seen them around multiple times & I do not know them at all or personally at all! He claims he has brought weed from me but he does not have any videos or audio of him buying anything from me at all! He also claims that he called my phone on Wednesday, December 7th, 2022 before 12:08 PM to set me up (Illegally)(Off-Duty) & ordered a ounce of weed from me." "I DO NOT EVEN HAVE A PHONE AT ALL PERIOD!" "I also DID NOT HAVE ANY WEED OR ANY DRUGS IN MY POSSESSION AT ALL, I ONLY SMOKED WEED & WENT TO COLLEGE ONLINE AT LOS ANGELES FILM SCHOOL FOR MUSIC PRODUCTIONS & FOR MY BACHELOR'S DEGREE TO BECOME A MAJOR PRODUCER IN THE MUSIC"

~~Destinnnn Cammmbell~~
(6-7-2023)

"I wrote this 5 page letter & statement on Wednesday, June 7th, 2023!"
"INDUSTRY!" My Advisor Sarah at The Los Angeles Film School at the time can confirm that information for me (323) 960-3772. My current address was & still is
735 Brandon Avenue Apt. D
Hiawatha, Iowa 52233
(Dom) Dominique Major (the Fake Federal Agent that is the Administrator Bode Jacob Koranda's nephew who Illegally stalked me from the camera monitors & the Illegally Polygraph Examiner Machine inside of the control room upstairs through the control room door (C5) 24/7 (Literally)(Illegally) with Ashley M. Smith (the other Fake Federal Agent that is related to the Administrator Bode Jacob Koranda & is his family member) & says her boyfriend is (Dom)(Illegally) Dominique Major & they both work the same job 24/7 (Literally)(Illegally) at Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 stalking me (Illegally)(using an Illegal Ear Device on me while I'm not even around them at all & I'm at Scott County Jail 400 W. 4th Street, Davenport, Iowa 52801 & they're at the Cedar County Jail/Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 currently without my consent at all period! (Even after I found out they are just the Administrator Bode Jacob Koranda's family members & "THEY'RE NOT THE FEDS" they are JUST THE ADMINISTRATOR BODE JACOB KORANDA'S FAMILY MEMBERS WHO HE HIRED TO STALK ME ILLEGALLY & TO HOOK ME"

(ILLEGAL)(LAWSUIT)(URGENT)

" Federal Legislature    DeShawn Raymond Conwell
UP TO AN ILLEGAL POLYGRAPH EXAMINER MACHINE (ILLEGALLY)(WITHOUTOUT MY CONSENT AT ALL WHILE I WAS SLEEPING) THAT ONLY WORKS ON ME WHILE IM AWAKE. To make me (force me) to look like/seem like an unfit parent so people would not believe me and I can look like/seem like I'm talking to myself at all times by them (Illegally) violated me, stalking me, 3 harrassing me (sexually too) through the Illegal Device they put inside of my ear while I was sleeping through (1-14-2023) - (1-16-2023) during lockdown (bedtime) (10PM-5:30AM) without my consent at all period! Forcing me to lose my Parental Rights Permenently (terminate them)(Illegally) for my (17 month old) daughter Lanaya Latcham Conwell! (Illegal & Also a Major Lawsuit)

(Liam)(The Fake Federal Agent that Claims He Works for The Feds In Bettendorf, Iowa Currently, Illegally & Off-Duty 24/7) Dominique Major (the nurse Ashley M. Smith's boyfriend) says that he is the same Federal Confidential Informant who works for the Feds in Bettendorf, Iowa in July of 2020 who raided my homie's Tysean Adam's apartment in Davenport, Iowa behind Famous Dave's on Kimberly Road across from the cemetary in (I believe It's called Colonial Apartments) the red brick Apartments where I used to live with him at when they raided his old apartment without a search warrant after the 4th of July "

x Deshmun Connell
(6-7-2023)

"I wrote this 5 page letter & statement on Wednesday, June 7th, 2023!"

Holiday. He also claims he borded my baby momma Keanna Latcham out of Rock Island County Jail in Rock Island, IL 61201 at the beginning of July before the 4th of July Holiday to set me up (Illegally) in 2020 & made her (forced her to) suck his penis on camera & set me up & work for him (Illegally) to get her kids back! (To get custody of her kids back) (Illegal & Also A Major Lawsuit) He will not stop stalking me (Illegally) & Harrassing me (Illegally) & Violating me (Sexually too) (Illegally watching my every move 24/7 even while I am naked in the shower telling me that I have a small penis & his penis is bigger than mines & that he can see my penis while I'm naked in the shower & when I use the bathroom from the camera they put inside of my left ear that allows him to see everything I can see out of my eyeballs which is very (Illegally & very creepy & very scary. I AM SCARED FOR MY LIFE & I NEED HELP ASAP THESE PEOPLE ARE REALLY WEIRD SICK FREAKS & RAPIST & I NEED HELP IMMEDIATELY! THEY'RE ARE BEYOND RACIST & THEY'VE BEEN TRYING TO KILL ME & SEND ME TO PRISON & KEEP OUR KIDS AWAY FROM US FOR NO REASON! Can somebody please help me get a lawyer, private investigator, & come & see me ASAP?! PLEASE PUT THIS ON THE KWQC NEWS CHANNEL & INSIDE OF THE NEWSPAPER I HAVE PROOF of Everything!"

DeShawn Raymond Conwell
Scott County Jail
400 W. 4th Street
Davenport, Iowa 52801
GPN-112L

U.S. District Federal Courthouse
131 East 4th Street
Davenport, Iowa 52801

RECEIVED
JUN 13 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

LEGAL



Deposit funds at www.inmatecanteen.com